Rock City Sound, Inc., Respondent, v Bashian & Farber, LLP, et al., Appellants.

Submitted February 14, 2011; decided March 31, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of Rosemarie B., Petitioner, v Carol C., Appellant, and Ronnie C. et al., Respondents.

Submitted January 3, 2011; decided March 31, 2011

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (see CPLR 5511).

Judge Pigott taking no part.

In the Matter of Injah Tafari, Appellant, v Lucien J. LeClaire, as Acting Commissioner of Correctional Services, Respondent.

Submitted February 14, 2011; decided March 31, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.